# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE PAGE, *et al.*, <br><br>  Plaintiffs, <br><br> vs. <br><br> GRANDVIEW MARKETING, INC., *et al.*, <br><br>  Defendants. | Case No.  2:09-cv-01150-RCJ-GWF <br><br> **ORDER** |
| THOMAS LEVANDOSKI, *et al.*, <br><br>  Plaintiffs, <br><br> GRANDVIEW MARKETING, INC., *et al.*, <br><br>  Defendants. | Case No.  2:09-cv-01152-RCJ-GWF |

This matter is before the Court on the parties' Joint Status Report and Request to Extend Stay (#142), filed December 3, 2010.  The parties request a stay as they are in the process of scheduling a mediation.  The Court finds good cause to grant this request.

**IT IS HEREBY ORDERED** that the parties' Request to Extend Stay (#142) is **granted**.  This action will be **stayed** until **February 15, 2011**.

DATED this 7th day of December, 2010.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE