# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE PAGE, *et al.*, ) | |
|     Plaintiffs, ) | Case No. 2:09-cv-01150-RCJ-GWF |
| vs. ) | **ORDER** |
| GRANDVIEW MARKETING, INC., *et al.*, ) | |
|     Defendants. ) | |
| THOMAS LEVANDOSKI, *et al.*, ) | |
|     Plaintiffs, ) | Case No. 2:09-cv-01152-RCJ-GWF |
| vs. ) | |
| GRANDVIEW MARKETING, INC., *et al.*, ) | |
|     Defendants. ) | |

This matter is before the Court on the Joint Motion to Stay Consolidated Cases Pending Settlement Conference (#136), filed October 27, 2010. Upon review and consideration,

**IT IS HEREBY ORDERED** that the Joint Motion to Stay Consolidated Cases Pending Settlement Conference (#136) is granted.

DATED this 21st day of December, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge